NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE RONI GORDON

---

### 2013-1094

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/627,227.

- - - - - - - - - - - - - - - - - - - - -

## IN RE RONI GORDON

---

### 2013-1096

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/151,106.

---

## JUDGMENT

---

WENDY E. MILLER, Cooper & Dunham, LLP, of New York, New York, argued for appellant.  Of counsel on the brief was ARTHUR J. STEINER, Ditthavong Mori & Steiner, P.C., of Alexandria, Virginia.

LORE A. UNT, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for United States Patent and Trademark Office. With her on the brief were NATHAN K. KELLEY, Deputy Solicitor, and COKE MORGAN STEWART, Associate Solicitor.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 15, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |